1018

No. 99–959. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–961. MAPOY v. CARROLL, DISTRICT DIRECTOR, DEPARTMENT OF JUSTICE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 99–969. MISTICK PBT v. HOUSING AUTHORITY OF THE CITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–985. KEELER DIE CAST v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL–CIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–986. BYRD v. ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 99–989. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–991. GRIFFITH ET AL. v. ARKANSAS DEPARTMENT OF POLLUTION CONTROL AND ECOLOGY ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1001. DART v. DART. Sup. Ct. Mich. Certiorari denied.

No. 99–1010. BIG D ENTERPRISES, INC., ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–1013. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA ET AL. v. TAMIAMI PARTNERS, LTD, BY AND THROUGH ITS GENERAL PARTNER, TAMIAMI DEVELOPMENT CORP. C. A. 11th Cir. Certiorari denied.

No. 99–1015. MAURO v. ARPAIO, SHERIFF, MARICOPA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.